# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | July 1, 2013 |
| **TIME:** | 5:30 P.M. |
| **DOCKET NUMBER:** | CV-12-1825 (FB) |
| **NAME OF CASE:** | STEPHENS -V- CITY OF NEW YORK, ET AL. |
| **FOR PLAINTIFF(S):** | Uzoh |
| **FOR DEFENDANT(S):** | Depoian |
| **NEXT CONFERENCE(S):** | (See Rulings Below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Case settled. A stipulation discontinuing the action will be filed by July 15.