UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ROBERT STEPHENS,

                            Plaintiff,

          -against-

THE CITY OF NEW YORK, DETECTIVE VIRGIL CUMBERBATCH [SHIELD # 5766], SERGEANT FRITZ GLEMAUD [SHIELD # 3224], UC # 0115, UC # 0226, DETECTIVE BRUCE TULLOCH [SHIELD # 4816], DETECTIVE ZOLTAN DOBROSSY [SHIELD # 2563], DETECTIVE RASHAN LACOSTE [SHIELD # 2285], P.O. THOMAS LODICO [SHIELD #5363] and DETECTIVE GABRIEL ECHEVARIA [SHIELD #6488],

                            Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 1825 (FB)(SMG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

UGOCHUKWU UZOH, P.C.
*Attorney for Plaintiff Robert Stephens*
304 Livingston Street, Suite 2R
Brooklyn, New York 11217

By: _____
Ugochukwu Uzoh, Esq.
*Attorney for Plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Room 3-190
New York, New York 10007

By: _____
Carolyn K. Depoian
*Assistant Corporation Counsel*

Dated: New York, New York
             _____, 2013

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE